IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| OFFICEMAX INCORPORATED,<br><br>     Plaintiff,<br><br>vs.<br><br>MERCEDES and RUDY FLORES,<br>et al.,<br><br>     Defendant. | No. CIV 07-226-TUC-CKJ (JCG)<br><br>**ORDER** |

On May 29, 2008, Magistrate Glenda E. Edmonds issued a Report and Recommendation [Doc. # 118] in which she recommended that the Defendants' Motion to Dismiss [Doc. #s 93, 99, 100, and 117] be denied. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1.    The Report and Recommendation [Doc. # 118] is ADOPTED, and;

2.    Defendants' Motion to Dismiss [Doc. #s 93, 99, 100, and 117] is DENIED.

DATED this 18th day of June, 2008.

_____
Cindy K. Jorgenson
United States District Judge